UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TINA DAMORE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLERGAN, INC.,<br><br>    Defendant. | Case No.: 2:11-cv-253-GMN-GWF |

## ORDER

The United States and the States of California, Nevada, and Oklahoma having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and applicable state law, the Court rules as follows:

IT IS ORDERED that,

1. The State of Texas has not declined to intervene in this matter.

2. Docket items 1, 6, 16, and 24-26 are hereby unsealed and shall be served upon the defendant by the relator;

3. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Plaintiffs' Joint Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

4. The seal be lifted as to all other matters occurring in this action after the date of this Order;

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Plaintiffs, as provided for in 31 U.S.C. § 3730(c)(3), and applicable

state law. The Plaintiffs may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

    6.    The parties shall serve all notices of appeal upon the Plaintiffs;

    7.    All orders of this Court shall be sent to counsel for the Plaintiffs; and

    8.    Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the Plaintiffs with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED,

This 5th day of December, 2012.

_____
United States District Judge

3